IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 24 B 04323 |
| | ) | |
| MAURICIA SAENZ, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**OBJECTION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., pursuant to Sections 1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) of the Bankruptcy Code, 11 U.S.C. §§1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) (West 2024), and such other Sections and Rules as may apply, for its Objection to Confirmation of Debtor's proposed Chapter 13 Plan, respectfully states as follows:

1. On March 25, 2024, Mauricia Saenz ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code and proposed Chapter 13 Plan (the "Plan"), which is scheduled for a confirmation hearing on May 30, 2024.

2. AmeriCredit is a creditor of the Debtor and another individual, Humberto Saenz ("Co-Debtor"), with respect to a certain indebtedness secured by a lien upon a 2018 Chevrolet Cruze motor vehicle bearing a Vehicle Identification Number of 3G1BE6SM8JS654910 (the "Vehicle"). (See Ex. "A"). Debtor and Co-Debtor purchased the Vehicle on February 11, 2021.

3. This is Debtor's *second* Chapter 13 case since purchasing the Vehicle.

4. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtor and Co-Debtor were required to tender equal monthly payments to AmeriCredit, each in the sum of $298.59 with an interest rate of 8.55%. (See Ex. "A").

5. Debtor has not provided AmeriCredit or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying AmeriCredit as the lienholder/loss payee to protect AmeriCredit's interest in the Vehicle from loss or destruction.

6. There remains a total outstanding balance due to AmeriCredit from Debtor and Co-Debtor in the sum of $9,486.91.

7. Debtor's Plan identifies AmeriCredit as a secured creditor in Section 3.1 with current installment payments of $298.00 to be made by Debtor.

8. Debtor's Plan does not protect AmeriCredit's right to retain its lien on the Vehicle. As such, AmeriCredit requests that language be added to Section 8 of the Plan stating that AmeriCredit will retain its lien until payment of the underlying debt in full as determined under nonbankruptcy law.

9. For the reasons stated above, Debtor's Plan fails to comply with the applicable provisions of the Bankruptcy Code and must provide for and satisfy the objections specified herein to be feasible and provide AmeriCredit adequate protection.

**WHEREFORE**, AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order denying Debtor's request for confirmation of the Plan; and, for such other, further, and different relief as this Court deems just and proper.

Respectfully submitted,
AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL,
Creditor,
By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)