# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  MAURICIA SAENZ )  Case No. 24 B 04323
     )
     )  Chapter 13
   Debtor(s) )
     )  Judge: TIMOTHY A BARNES

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for May 30, 2024 10:30 am, for the following:

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).

The Trustee requests a comparative market analysis for Debtor's real estate. The liquidation analysis of 11 U.S.C. Section 1325 (a)(4) cannot be completed until this is resolved.

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i). Debtor to amend schedule I to remove Social Security income; schedule J to show that Debtor can afford plan payments; and Statement of Financial Affairs #4 to list sources of income and #9 to add case details.

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: Part 2.3 needs Trustee's preferred tax language; Part 4.4 add priority claim; and Part 5.1 add percentage and check 3rd box for the treatment of unsecured claims .

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: May 13, 2024                                                              /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: MAURICIA SAENZ | ) | Case No. 24 B 04323 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## CERTIFICATE OF SERVICE

I, Besira Nikolla, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| VW LAW LLC<br>*Attorney for Debtor* | (via CM/ECF) |
| Patrick Layng<br>United States Trustee | (via CM/ECF) |
| MAURICIA SAENZ<br>1699 PARK AVE<br>HANOVER PARK, IL 60133<br>*Debtor* | (via First Class Mail) |

Dated: May 13, 2024

/s/ Besira Nikolla
_____

Besira Nikolla
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900